IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

TERESA WILLIAMS                                                                                     PLAINTIFF

VS.                                                              CIVIL ACTION NO. 3:23-cv-00172-HTW-LGI

WALMART STORES EAST, LP; AND
JOHN DOES 1-10                                                                                  DEFENDANTS

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** having come on for consideration on the *ore tenus* motion of Plaintiff, Teresa Williams, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, and the Court, understanding that the attorney for Defendant, Walmart Stores East, LP, joins this motion, finds that the relief requested is well founded and should be **GRANTED**.

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the herein-styled and numbered cause be, and the same hereby is, dismissed with prejudice.

**SO ORDERED**, this the 30th day of January, 2025.

                                                /s/HENRY T. WINGATE
                                                **UNITED STATES DISTRICT JUDGE**

**APPROVED AND AGREED TO BY**:

*/s/ Rajita Iyer Moss*                              */s/ Brennan J. Ducote*
Thomas M. Louis (MSB #8484)            Brennan J. Ducote (MSB #106470)
Rajita Iyer Moss (MSB #10518)             Morgan & Morgan, PLLC
Wells Marble & Hurst, PLLC                 4450 Old Canton Road, Suite 200
P. O. Box 131                                        Jackson, Mississippi 39211
Jackson, MS 39205-0131                     *Attorney for Plaintiff*
*Attorney for Defendants*